# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

800 Southern Avenue S.E., Apartment 217,
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Monica Patton    being duly sworn depose and say:

I am a(n)    Special Agent with the Federal Bureau of Investigation    and have reason to believe
(Official Title)

that (name, description and or location)
    in Apartment 217 at 800 Southern Avenue, S.E., as further described in Attachment A of the attached affidavit,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
    US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities of bank robbery, as further described in Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
    evidence and fruits of crime

concerning a violation of Title  18  United States Code, Section(s)  2113(a) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☐ YES    ☒ NO

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

800 Southern Avenue, S.E., Apartment 217,
Washington DC

**SEARCH WARRANT**

CASE NUMBER:

TO:   Monica Patton     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Monica Patton   who has reason to believe that
 (name, description and or location)

in Apartment 217 at 800 Southern Avenue, S.E.,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities of bank robbery

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                                                                                (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____                           at Washington, D.C.
Date and Time Issued

_____                           _____
Name and Title of Judicial Officer                                    Signature of Judicial Officer

## UNITED STATES MAGISTRATE JUDGE
## U.S. DISTRICT COURT BUILDING
## WASHINGTON, D.C.

PLEASE ISSUE:        [ ] Arrest    [ X ] Search    [ ] Seizure

warrant for:        800 Southern Avenue, S.E., Apartment 217, Washington D.C.

Violation:    Bank Robbery

Section(s):    18 U.S.C. 2113(a)

_Angela G. Schmidt_                              _October 9, 2007_
Assistant United States Attorney                  Date
(202) 202-514-7273

Bond: ___

---

COMPLETE FOR ALL ARREST WARRANTS:

*The following information must be provided for ALL arrest warrants and an **original** and **duplicate** of this form must be submitted to the Clerk's Office with the warrant papers.*

Officer / Agent Name:        Monica Patton

Badge Number:        16089

Agency / Unit:        Federal Bureau of Investigation
24 Hour Telephone Number:        202-369-1868
 (For officer/agent)

Beeper Number:
 (For officer/agent)

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
## for xxx xxxxxxxx xxxxxx, xxxx, xxxxxxxxxxxxx, Washington, D.C.

I, Monica Patton, Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so for twelve and one half years. I am currently assigned to the Violent Crime Squad in Washington, D.C. and have been so assigned since October 2005. I previously was assigned to various squads in Newark, New Jersey. During my FBI career, I have participated in numerous criminal investigations of terrorism, public corruption, threats, robberies, to include bank robberies, and other violent crime offenses. I also have participated in the execution of numerous search warrants.

2. This affidavit is submitted in support of a search warrant for xxx xxxxxxxx xxxxxx, xxxx, xxxxxxxxxxxxx, Washington, D.C., which is more fully described in Attachment A, incorporated herein.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspects are listed below:

2

**PROBABLE CAUSE AS TO PHILLIP DAVIS**

4. On September 4, 2007, at approximately 12:10 p.m., a lone black male robbed the Chevy Chase Bank located at 1100 17th St., N.W., Washington, D.C., a federally insured financial institution. The robber went to the check writing counter, where he appeared to write something, then got in the teller line. The robber approached a teller and handed the teller a withdrawal slip for $2000 and a sheet of party stationery which stated "This is a robbery. Large bills. I don't want a dye pack or bait money. No one gets hurt." The teller complied with the robber's demand by giving him $1300. The teller also returned the note and withdrawal slip to the robber. The robber then left the bank. Eyewitnesses described the robber as a black male, light complexion, mid 30's, approximately 5'5" and 5'6", weighing approximately 140 to 150 lbs, with no facial hair. Photographs of the robber were obtained from the bank surveillance cameras. The robber was wearing a light colored button down shirt, which was not tucked in, dark brown pants, tennis shoes and a tan baseball cap, and he was carrying a dark backpack.

5. The Chevy Chase Bank is located within a short distance of the Farragut North Metro Station. On September 17, 2007, an FBI agent reviewed surveillance footage from that metro station for September 4, 2007, between the hours of 12:10 p.m. to 12:30 p.m. At approximately 12:13 p.m., the agent saw a black male wearing what appears to be clothing identical to that worn by the robber traveling down the escalator. The robber also was carrying a dark backpack. As he neared the bottom of the escalator, the robber took off his shirt and cap and discarded at the bottom of the escalator. Underneath the discarded shirt, the robber was wearing a dark-colored t-shirt with a light-colored emblem or logo on the left chest.

3

6. On September 17, 2007, at approximately 1:20 p.m., a black male attempted to rob the PNC Bank located at 6196 Oxon Hill Road, Oxon Hill, Maryland, a federally insured financial institution. The robber approached a teller and passed a note written on a sheet of paper which stated "Do not panic. Follow my orders! No red dye packet. $2,500! No one gets hurts [sic]." The teller was working on a different station and had to go to another station to get the money. The robber, who appeared restless because of the amount of time it was taking the teller to gather the money, walked out the bank without obtaining any money. Eyewitnesses described the robber as a black male, in his late 30's to early 40's, between approximately 5'7" and 5'8", and weighing approximately 150 lbs. Clear photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing a light-colored baseball cap with dark- colored writing on the front, a polo-type shirt with light and dark vertical stripes, and light-colored pants. The robber also was carrying a dark backpack.

7. Approximately an hour later, at 2:16 p.m., a black male attempted to rob the Wachovia Bank located at 1300 Connecticut Ave., N.W., Washington, D.C., a federally insured financial institution. The robber approached a teller and handed the teller an ATM envelope with a deposit slip inside. The teller asked the robber whether he had cash and checks for deposit. The robber asked, "Do you copy?" The teller then noticed that the deposit slip had the words "Turn over" written in red ink. The teller did not turn over the deposit slip, though the teller did notice that there was writing on the back of it. The teller handed the envelope and deposit slip back to the robber and asked him to wait. The teller then walked to a manager and told the manager that she had a note passer. The teller and manager walked back to the teller station, and the robber asked the teller "Where's the deposit slip? Did you do it?" The teller again asked the robber if

4

had cash and checks for deposit. The robber repeated, "Did you do it?" After a slight pause, the robber walked out the bank without obtaining any money. Eyewitnesses described the robber as a black male, 30 to in his 40's, 5'8" tall, light complexion with pock marks on his cheeks, slim to medium build, short hair and possibly a mustache. Photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing clothing that appears to be identical to that worn by the robber at the PNC Bank in Oxon Hill, Maryland an hour earlier. The robber was not carrying a backpack at the Wachovia Bank.

      8.  Approximately forty minutes later, at 2:55 p.m., a black male robbed the PNC Bank located at 650 Pennsylvania Avenue, S.E., Washington, D.C., a federally insured financial institution. The robber approached a teller and handed the teller a PNC ATM envelope. The teller opened the envelope and found a deposit slip inside with handwriting on the back written in red ink. The note said, "Give me $2000. Stay calm. Relax. Nobody will get hurt." When the teller hesitated after reading the note, the robber said, "Stay calm" and motioned as if he had a gun on his hip. The teller gave the robber $2000 in strapped $100 bills. The robber then motioned for the teller to return the PNC envelope and demand note. The teller complied, after which the robber said, "Have a good day" and left the bank. Eyewitnesses described the robber as a black male, between 35 and his 50's, light complexion, 5'6" to 5'8", 150 to 160 pounds, short hair, with some facial hair. Photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing a cap and shirt that appear to be identical to that worn by the robber at the PNC Bank in Oxon Hill, Maryland and the Wachovia Bank earlier that day. The robber was not carrying a backpack at this PNC Bank.

5

9. At the PNC Bank in Washington, D.C., a second black male entered and left the bank with the robber and also stood very close to the robber for a period of time while he was at the teller station. The surveillance photographs depict this man as wearing a white t-shirt, dark-colored zip up jacket with writing on the front, and a light-colored baseball cap worn backwards. An individual who appears similar in height, weight and facial features and who appears to be wearing identical clothing also was present inside the bank during the robbery of the PNC Bank in Oxon Hill, Maryland.

10. The surveillance photographs from the Oxon Hill, Maryland PNC Bank robbery were posted on an internet website titled "bankbandits.org." On September 28, 2007, an individual who has known the defendant for a lengthy period of time contacted investigators and indicated that the individual in the surveillance photographs was **PHILLIP DAVIS**.

11. Investigators obtained a driver's license photograph of **PHILLIP DAVIS**. According to the information on the license, **PHILLIP DAVIS** is 43 years old and 5'8" tall. **DAVIS'**s appearance in the photograph is similar in build, complexion, and facial characteristics to the appearance of the robber depicted in the bank surveillance photographs on September 4, 2007, and September 17, 2007.

12. On October 4, 2007, a photo spread identification procedure was conducted with the teller who was robbed at the PNC Bank in Oxon Hill, Maryland on September 17, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller identified the photograph depicting **PHILLIP DAVIS** and stated that she was very confident that he was the bank robber.

6

13. On October 5, 2007, a photo spread identification procedure was conducted with the teller who was robbed at the PNC Bank in Washington, D.C. on September 17, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller without hesitation identified the photograph depicting **PHILLIP DAVIS** as the person who robbed her.[1]

14. On October 5, 2007, a photo spread identification procedure was conducted with the teller who was robbed at the Chevy Chase Bank in Washington, D.C. on September 4, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller without hesitation identified the photograph depicting **PHILLIP DAVIS** as the person who robbed her. A photo spread identification procedure also was conducted on October 3, 2007, with a bank employee who was present during the robbery. The employee also identified the photograph depicting **PHILLIP DAVIS** as the person who robbed the bank and stated that her level of certainty was 8 on a scale of 1 to 10.

### PROBABLE CAUSE AS TO BRIAN DAVIS

15. On September 10, 2007, at approximately 5:00 p.m., a lone black male robbed PNC Bank, located at 301 Seventh Street, N.W., Washington, DC, a federally insured financial institution. The robber approached a teller and passed a note written on a large envelope under

---

[1] Photo spread identification procedures also were conducted with the teller at the Wachovia Bank and with a bank employee who was present during the robbery of the PNC Bank in Washington D.C. The Wachovia Bank teller identified an individual other than **PHILLIP DAVIS** and stated that her level of certainty was 6 on a scale of 1 to 10. The PNC Bank employee was unable to identify anyone in the array. During the course of the investigation, FBI agents also received tips from various law enforcement sources that the bank surveillance photographs depicted individuals other than **PHILLIP DAVIS**. After comparing known photographs of those individuals with the bank surveillance photographs, the agents discounted those tips.

the teller window which stated "I'm here to make a $2500 withdraw. No dye packs. No alarms." As the teller was gathering currency from her drawer to comply with the robber's demand, the robber reached into the outside pocket of a backpack that he was carrying, partially displayed a silver revolver, and stated that he "was hurting right now. No games." The teller finished gathering the money, put a total of $2550 into the envelope, and passed it under the teller window to the robber, who took the envelope and immediately left the bank. Eyewitnesses described the robber as a black male, medium to dark complexion, in his late 30's to early 40's, between approximately 5'9" and 5'10", weighing approximately 150 lbs, with fuzzy, gray and black facial hair. Clear photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing an orange long-sleeved button down dress shirt with a collar, tan pants and a dark beret. The robber also was carrying a dark backpack.

16. The surveillance photographs from the bank robbery were posted on an internet website titled "bankbandits.org." On October 3, 2007, an individual who has known the defendant for a lengthy period of time contacted investigators and indicated that the individual in the surveillance photographs was **BRIAN DAVIS**.

17. Investigators obtained a driver's license photograph of **BRIAN DAVIS**. According to the information on the license, **BRIAN DAVIS** is 42 years old and 5'9" tall. **DAVIS**'s appearance in the photograph is similar in build, complexion, and facial characteristics to the appearance of the individual depicted in the bank surveillance photographs.

18. On October 3, 2007, a photo spread identification procedure was conducted with a bank employee who witnessed the robbery on September 10, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the employee for review.

8

The employee identified the photograph depicting **BRIAN DAVIS** and stated that she was very confident that he was the bank robber.

19. On October 4, 2007, a photo spread identification procedure was conducted with the teller who was robbed on September 10, 2007. A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller identified the photograph depicting **BRIAN DAVIS** and also stated that she was very confident that he was the bank robber.

## PROBABLE CAUSE FOR LOCATION TO BE SEARCHED

20. Based on your affiant's training and experience, along with training and experience of other agents and law enforcement officers, your affiant knows that individuals who rob banks often keep evidence of the crimes they commit with them. These items often include money, bank money wrappers, maps depicting the locations of banks and escape routes, weapons, items of clothing worn during the robberies, and clothing discolored from a dye-pack activation.

21. On October 9, 2007, at approximately 6:00 a.m., law enforcement officers executing arrest warrants for **BRIAN DAVIS** and **PHILLIP DAVIS** located both men inside xxx xxxxxxxx xxxxxx,xxxxx, xxxxxxxxxxxxx, Washington, D.C. The leaseholder of the premises informed officers that both **BRIAN DAVIS** and **PHILLIP DAVIS** have been living in the apartment for four to six weeks and that both **BRIAN DAVIS** and **PHILLIP DAVIS** keep clothes and other belongings at the apartment.

22. Based on the foregoing, there is probable cause to believe that on or about September 4, 2007, and September 17, 2007, within the District of Columbia, the defendant, **PHILLIP DAVIS**, did unlawfully, knowingly and intentionally, rob and attempt to rob four banks, as set

9

forth above, in violation of 18 U.S.C. 2113(a), and that the clothing and instrumentalities of these crimes, including the items more particularly described in Attachment B, are located in xxx xxxxxxxx xxxxxx, xxxx, xxxxxxxxxxxxx, Washington, D.C.

23. Based on the foregoing, there also is probable cause to believe that on or about September 10, 2007, within the District of Columbia, the defendant, **BRIAN DAVIS**, did unlawfully, knowingly and intentionally, rob and attempt to rob the PNC Bank, as set forth above, in violation of 18 U.S.C. 2113(a), and that the clothing and instrumentalities of this crime, including the items more particularly described in Attachment B, also are located in xxx xxxxxxxx xxxxxx, xxxx, xxxxxxxxxxxxx, Washington, D.C.

_____
Monica Patton, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of October, 2007

_____
United States Magistrate Judge
District of Columbia

**ATTACHMENT A**
Description of Premises to be Searched

      xxxxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C. is a high-rise apartment building on the west side of xxxxxxxx Avenue, xxx. It has an off-white brick front. The front door is glass and is covered by an awning with "xxx xxxxxxxx Avenue" printed on it. There is one main point of entry in the front, facing xxxxxxxx Avenue, xxx. The front door leads to the fourth floor apartments. The second floor apartments are located two flights down. Apartment xxx is located at the end of the hallway on the east side of the building. The door is gray steel and the numbers "xxx" are affixed in the middle of the door under the peephole.

**ATTACHMENT B**
Items to be Seized

1. Articles of clothing, including but not limited to:
    a. dark colored t-shirt with a lighter emblem or logo on the left chest
    b. dark backpacks
    c. orange long-sleeved, button-down dress shirt with collar
    d. dark beret
    e. light-colored baseball cap with dark-colored writing on the front
    f. polo-type shirt with light and dark vertical stripes
    g. dark-colored zip up jacket with writing on the front
    h. light-colored baseball cap

2. Weapons, including but not limited to, a silver gun.

3. Maps and/or items displaying the location of banking institutions or Metro stations and routes.

4. US currency.

5. US Currency wrappers, deposit slips, ATM envelopes or other bank-related forms.

6. Robbery demand notes.

7. Stencils, pens, or papers which may have been used to create bank robbery demand notes.

8. Receipts of recent purchases made with cash.

9. Documents related to BRIAN DAVIS and/or PHILLIP DAVIS, including but not limited to, cellular telephone bills, hotel receipts, Metro passes, mail, and proof of residency.