AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

800 Southern Avenue, S.E., Apartment 217,
Washington DC

**SEARCH WARRANT**

CASE NUMBER:

07-492-M-01

TO:   Monica Patton     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Monica Patton   who has reason to believe that
(name, description and or location)

in Apartment 217 at 800 Southern Avenue, S.E.,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

US currency. clothing. weapons, receipts of recent purchases. and other evidence, fruits and instrumentalities of bank robbery

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _October 19, 2007_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same. leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT - 9 2007 @ 9:40 am   at Washington, D.C.

Date and Time Issued: DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 10/9/07 | 10/9/07   10:00am | Theresa  Alston |

**INVENTORY MADE IN THE PRESENCE OF**    Theresa   Alston

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See   Attached

---

**CERTIFICATION**

**FILED**

FILED OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____          10/15/07
U S Judge or U S Magistrate Judge            Date

FD-597 (Rev 8-11-94)

Page _____1_____ of _____1_____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 91A-WF-236995

On (date) 10/9/07

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 800 Southern Ave SE #217.

(City) Washington, DC

Description of Item(s): 1- ENYCE Brand Black Jacket
1- National Geographic Expeditions Baseball Cap
1- Navy Blue Jansport Back pack
1- Pair of New Balance 680 Blue e Silver Running Shoes
1- Blue New York Yankee Base Ball Cap?
1- Orange Button Down China Shirt          JM

JM

Received By: _James Whyte_ (Signature)          Received From: _Theresa_ (Signature)